RECEIVED
CHARLOTTE, N.C.
AUG 11 2005
Clerk, U.S. Dist. Court
W. Dist. of N.C.

FILED
ASHEVILLE, N. C.
AUG 18 2005
U.S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:05CR17-T |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| JOHN MICHAEL IBARRA | ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service and the United States Attorney's Office.

This 18th day of August, 2005.

LACY H. THORNBURG
UNITED STATES DISTRICT COURT JUDGE